for the execution of a deed. Decided June 27, 1914. Application denied on the grounds stated in the opinion delivered in the case of *Martínez* v. *Soto Nussa, District Judge,* decided April 29, 1914. The petitioner appeared *pro se.* The respondent did not appear.

---

Nos. 690, 697 AND 701. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* CERECEDO, DEFENDANT AND APPELLANT.—Appeals from the District Court of San Juan, Section 2, in prosecutions for the sale of lottery tickets. Motion by appellant for leave to withdraw the appeals. Decided July 6, 1914. Motion sustained. *Mr. Charles E. Foote, fiscal,* for The People. *Messrs. Jacinto Texidor* and *Travieso & Iriarte* for the appellant.

---

No. 1176. BANK OF PORTO RICO, PLAINTIFF AND RESPONDENT, *v.* EREÑO ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of San Juan, Section 1, in an action of debt, with interest, costs and attorney's fees. Motion by respondent for dismissal of the appeal for failure to file a transcript of the record. Decided July 20, 1914. Appeal dismissed. *Mr. Antonio Sarmiento* for the respondent. The appellants did not appear.

---

No. 699. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PALÉS, DEFENDANT AND APPELLANT.—Appeal from the District Court of Guayama. Decided July 29, 1914. Judgment affirmed. *Mr. Jaime Sifre, Jr., acting fiscal,* for The People. *Mr. Tomás Bernardini* for the appellant.

---

No. 1179. CARTAGENA, PLAINTIFF AND RESPONDENT, *v.* MAYAGÜEZ LIGHT AND ICE COMPANY, DEFENDANT AND APPELLANT,—